IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EUJENIO ANDRADE<br>　　　　Plaintiff,<br>v.<br><br>STATE FARM LLOYDS<br>　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 7:24-cv-00026 |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

COME NOW Plaintiff Eujenio Andrade and Defendant State Farm Lloyds ("Parties"), and file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii),

1. Eujenio Andrade is the Plaintiff and State Farm Lloyds is the Defendant.

2. Eujenio Andrade and State Farm Lloyds move to dismiss all claims in this suit.

3. All parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to re-filing.

9. All costs of court and attorney's fees will be borne by the party incurring same.

Respectfully submitted,

*/s/Danny Ray Scott (with permission)*
Danny Ray Scott
Halimatou Bah
**GULF COAST INSURANCE LAWYERS, P.C.**
3233 West Dallas Street, Suite 2101
Houston, Texas 77019
Telephone: (713) 941-9309
Facsimile: (844) 270-0740
danny@gulfcoastinsurancelawyers.com
nbah@gulfcoastinsurancelawyers.com
**ATTORNEYS FOR PLAINTIFF**

**~AND**

*/s/Stephen W. Bosky*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
ecantu@ramonworthington.com
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
sbosky@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Telephone: (956) 294-4800
Facsimile: (956) 928-9564
**Electronic Service to:**
efile@ramonworthington.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2025, the foregoing was filed via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to users registered with the Electronic Filing System.

                                                   */s/ Stephen W. Bosky*
                                                   Stephen W. Bosky